**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREAT BOWERY, INC.; and SANDRO BAEBLER, <br><br> Plaintiff, <br><br> v. <br><br> WENN RIGHTS INTERNATIONAL LTD, et al., <br><br> Defendants. | Case No.: 1:26-cv-01756-JMF <br><br> [PROPOSED] DEFAULT JUDGMENT |

The Court, having considered Plaintiffs' Motion for Default Judgment Against Defendant

WENN Rights International Ltd., and for good cause shown, HEREBY GRANTS the Motion

and ORDERS as follows:

1. Judgment is entered in favor of Great Bowery Inc. and Sandro Baebler and against

   WENN Rights International Ltd. for copyright infringement;

2. Defendant WENN Rights International Ltd. is liable to Great Bowery, Inc. and

   Sandro Baebler for damages in the amount of $108,589.18 or_____,

   accounting for $50,000 or_____ in statutory damages and $58,589.18 or

   _____in actual damages;

3. Defendant WENN Rights International Ltd. is liable to Great Bowery Inc. and Sandro

   Baebler for attorney's fees in the amount of $3,357.50 or_____ and costs

   in the amount of $601.33 or_____.

**SO ORDERED.**    4. The claims against all other Defendants are withdraw. The Clerk of
Court is directed to terminate ECF No. 18 and to close the case.

Dated: _____May 26, 2026_____, 2026         By: _____

                                            Honorable Jesse M. Furman
                                            U.S. District Judge